**MEMO ENDORSED** [Berman]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GREENTREE STEUBEN, LLC,

                Plaintiff,

    -against-

LOCAL 670, STATIONARY ENGINEERS,
FIREMEN, MAINTENANCE AND BUILDING
SERVICE UNION, R.W.D.S.U.,

                Defendant.
------------------------------------------------------------x

Case No. ___ CV ___

ORDER RE: Proposed

ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 18, 2007

Upon the affirmation of Phil Goldstein, signed on June 15, 2007, and the exhibits annexed thereto, and the affidavit of Richard L. Steer, sworn to on the 18th day of June, 2007, and upon the Memorandum of Law and the Complaint submitted by Plaintiff Greentree Steuben, LLC, herewith, it is;

**ORDERED**, that the above named defendants [attend a conference Re:] show cause before a motion term of this Court, at Room 6A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on June 21, 2007, at 2:30 o'clock in the after noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant and all those in concert with them during the pendency of this action from engaging in an arbitration regarding contract terms and conditions and/or Union funds with regard to employees at the Premises located at 195 and 231 Steuben Street, Staten Island, New York; and it is further

~~ORDERED, that sufficient reason having been show therefore, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendants and all those in concert with them are temporarily restrained and enjoined from engaging in an arbitration regarding contract terms and conditions and/or Union funds with~~

{Client\000714\LAB231\00088035.DOC;1}

~~regard to employees at the Premises located at 195 and 231 Steuben Street, Staten Island, New York; and it is further;~~

~~ORDERED, that security in the amount of $_____ be posted by the Plaintiff prior to _____, 2007, at _____ o'clock in the \_\_\_\_ noon of that day; and it is further;~~

**ORDERED**, that personal service ~~or service via facsimile~~ of a copy of this Order and all papers submitted by Plaintiff herewith, upon the Defendants or their counsel on or before **6:00** o'clock in the ~~after~~noon, *Tuesday* June **19**, 2007, shall be deemed good and sufficient service thereof.

*Any responses to be served + filed (with courtesy copies to the Court) by 5:00 P.M. on June 20, 2007.*

Dated: New York, New York

ISSUED: **4:50 P.**M
**6/18/07**

**RMB**
_____
United States District Judge

*Parties to work on good faith settlement prior to the conference on June 21, 2007. Nothing herein is intended to stay any arbitration or other proceedings.*

**RMB**

2